# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2012

144696(48)(49)(50)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

RAYFIELD CLARY,
      Defendant-Appellee.

SC: 144696
COA: 301906
Wayne CC: 10-006937-FC

_____/

      On order of the Court, the motions for immediate consideration and for extension of time within which to file the defendant's brief on appeal are GRANTED. The motion to expand the grounds for review is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 12, 2012

_____
Clerk

p1009